IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:24-cr-652 |
| | |
| v. | 18 U.S.C. § 371 |
| | 18 U.S.C. § 922(a)(1)(A) |
| | 18 U.S.C. § 922(a)(6) |
| | 18 U.S.C. § 923(a) |
| | 18 U.S.C. § 924(a)(1)(D) |
| **DEYRON ENDURANCE WADLINGTON** | 18 U.S.C. § 924(a)(2) |
| | |
| | **INDICTMENT** |

## COUNT 1
(Conspiracy)

THE GRAND JURY CHARGES:

Beginning in or about June 2019, and continuing up and until the date of this Indictment, in the District of South Carolina, the Defendant, **DEYRON ENDURANCE WADLINGTON**, knowingly and intentionally conspired and agreed with other persons known and unknown to the Grand Jury, to commit offenses against the United States, namely to engage in knowingly making false statements to a federal firearm license, in violation of Title 18, United States Code, Section 922(a)(6), and the Defendant committed an overt act to effect the object of the conspiracy, namely the straw purchase of a firearm alleged in Count 2 of this Indictment, which is incorporated by reference;

A violation of Title 18, United States Code, Section 371.

1

## COUNT 2
### (Knowingly Making a False Statement with Firearm Purchase)

THE GRAND JURY FURTHER CHARGES:

That on or about November 18, 2020, in the District of South Carolina, the Defendant, **DEYRON ENDURANCE WADLINGTON**, did knowingly make a false statement in connection with the acquisition of a firearm, to wit, a Glock, model 22, .40 caliber pistol, purchased from a federal firearm licensed dealer, which was intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code, in that the Defendant, **DEYRON ENDURANCE WADLINGTON**, did execute a Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that he was the true purchaser of the firearm listed above, whereas in truth and in fact, he was not the true purchaser;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3
### (Dealing in Firearms without a License)

THE GRAND JURY CHARGES:

Beginning in or about June 2019, and continuing up and until the date of this Indictment, in the District of South Carolina, the Defendant, **DEYRON ENDURANCE WADLINGTON**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

A _____True_____ BILL

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
J. Carra Henderson (#12229)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29402
Telephone: (843) 727-4381
Email Address:   carra.henderson@usdoj.gov

3